RECEIVED
MAR 25 2015
UNITED STATES DISTRICT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

GRAEME PHILLIP HARRIS

CRIMINAL NO. 3:15CR022
18 U.S.C. § 241
18 U.S.C. §§ 245(b)(2)(A) & (C)
18 U.S.C. § 2

## PENALTIES

### Count One – 18 U.S.C. § 241

| | |
|---|---|
| NMT 10 yrs imprisonment | 18 U.S.C. § 241 |
| NMT $250,000 fine, or both | 18 U.S.C. § 3571 |
| NMT 3 yrs supervised release | 18 U.S.C. § 3583(b)(2) |
| Mandatory $100 special assessment | 18 U.S.C. § 3013(a) |

### Count Two – 18 U.S.C. § 245

| | |
|---|---|
| NMT 1 yr imprisonment | 18 U.S.C. § 245 |
| NMT $100,000 fine, or both | 18 U.S.C. § 3571 |
| NMT 1 yr supervised release | 18 U.S.C. § 3583(b)(3) |
| Mandatory $25 special assessment | 18 U.S.C. § 3013(a) |

FELICIA C. ADAMS
United States Attorney
Mississippi Bar Number 1049

ROBERT H. NORMAN
Assistant United States Attorney
Mississippi Bar Number 1049
Ethridge Professional Building
900 Jefferson Avenue
Oxford, MS 38655-3608
Telephone 662/234-3351
Criminal Division fax 662/234-0657