| CRIMINAL CASE COVER SHEET | U.S. DISTRICT COURT |
|---|---|
| | Complete entire form |

**Place of Offense:**     **Related Case Information:**

City Oxford    Superseding: ☐ Yes ☑ No   If yes, Case No. _____

                              Same Defendant _____ New Defendant _____

County Lafayette

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes   ☑ No     If yes, Matter to be sealed: ☐ Yes ☑ No

Defendant Name Graeme Phillip Harris

Alias Name _____

Address Alpharetta, GA 30004

DOB **/**/1994   SS# _____   Sex M   Race W   Nationality _____

Represented by: David Hill

**U.S. Attorney Information:** AUSA Robert W. Coleman II    Bar # 6368

Interpreter: ☐ Yes ☑ No    List Language and/or dialect: _____

**Location Status:**

Pretrial Release ☐ Yes ☐ No    In Custody ☐ Yes ☑ No

Federal _____ State _____   Date of Arrest _____

Location _____

**U.S.C. Citations**

Total # of Counts 2     ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1   18:241.F | DEPRIVE CIVIL RIGHTS | 1 |
| Set 2   18:245.F | FEDERALLY PROTECTED ACTIVITIES | 2 |
| Set 3   18:2.F | PRINCIPALS | |
| Set 4 | | |

Date: _____     Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)     3:15CR022