*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

UNITED STATES OF AMERICA

       V.                    CASE NUMBER: 3:15 CR 22 MPM - SAA

GRAEME PHILLIP HARRIS

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place**
UNITED STATES FEDERAL BUILDING
911 JACKSON AVENUE
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 3 EAST - THIRD FLOOR

**Date and Time**
**THURSDAY, JUNE 18, 2015, 1:30 PM**

**Type of Proceeding**

**CHANGE OF PLEA AS TO COUNT TWO OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT JUDGE MICHAEL P. MILLS.**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

   /s/SallieWilkerson
(BY) Sallie Wilkerson- Courtroom Deputy

Date:  June 9, 2015

| To: | | |
|---|---|---|
| Robert H. Norman  (electronic notice only) | | U. S. Probation Service (electronic notice only) |
| Dana Mulhauser  (electronic notice only) | | U. S. Marshal Service (electronic notice only) |
| Robert Willie Coleman , II  (electronic notice only) | | |
| William Chadwick Lamar  (electronic notice only) | | |
| David G. Hill  (electronic notice only) | | |

**CONTACT SALLIE WILKERSON AT 662/281-3041 or Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.**