# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

DAVID CREWS                    911 JACKSON AVENUE, ROOM 369            TELEPHONE (662) 234-1971
CLERK                            OXFORD, MISSISSIPPI 38655                    FAX (662)236-5210

September 29, 2015

Honorable David G. Hill
Hill & Minyard, P.A.
Post Office Drawer 429
Oxford, Mississippi 38655

   Re: United States of America v. Graeme Phillip Harris
      3:15CR00022-001

Dear Mr. Hill:

   In accordance with the order entered by this court, Graeme Phillip Harris is hereby directed to report to the United States Federal Correctional Institution located in Butner, North Carolina by 2:00 p.m. on January 4, 2016, to begin the service of his sentence.

        Respectfully,

        */s/ David Crews*

        David Crews, Clerk

DC/ca

cc: AUSA Robert H. Norman (electronic notice only)
   AUSA Dana Mulhauser (electronic notice only)
   AUSA Robert W. Coleman, II (electronic notice only)
   AUSA William C. Lamar (electronic notice only)
   U. S. Probation Service (electronic notice only)
   U.S. Marshal Service (electronic notice only)